1  Michael T. Carr, CSBN 183085
   LAW OFFICES OF MICHAEL T. CARR, APC
2  2670 Myrtle Avenue, Suite 106
3  Monrovia, CA 91016-5077
   Telephone: (626) 254-8901
4  Facsimile: (626) 254-8921
5  mike@michaelcarrlaw.com
   Attorneys for Plaintiff
6  Lasherrill Reeves
7
8  Raymond Y. Kim, SBN 251210
   REED SMITH LLP
9  355 South Grand Avenue, Suite 2900
10 Los Angeles, California 90071
   Telephone: (213) 457-8000
11 Facsimile: (213) 457-8080
12 rkim@reedsmith.com
   Attorneys for Defendants
13 The University of Phoenix, Inc.,
14 Apollo Education Group, Inc.

15              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
16

17 | LASHERRILL REEVES, as an individual, | Case No.: 2:16-cv-08369-JFW (KSx)
18 |              Plaintiff,               |
19 |         vs.                           | **JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE**
20 | THE UNIVERSITY OF PHOENIX, INC., a    |
21 | business entity doing business in California; APOLLO EDUCATION GROUP, INC., a |
22 | business entity doing business in California and DOES 1 through 10, Inclusive, |
23 |              Defendants.              |
24
25
26
27
28

1       This Joint Report re: Results of Settlement Conference is made by and between

2   Plaintiff Lasherill Reeves ("Plaintiff") and Defendants Apollo Education Group, Inc., and

3   the University of Phoenix, Inc. ("Defendants"), through their respective counsel, in light

4   of the following facts:

5       1. On May 2, 2017, in response to the parties' request, the Court extended the

6   deadline to complete private mediation to May 19, 2017 (ECF No. 23);

7       2. On May 19, 2017, the parties participated in a private mediation with mediator

8   Alan Friedman on May 19, 2017 with Alan Freidman, Esq., Ph: 424-259-1571,

9       3. The parties did not reach a settlement.

10

11

12   Dated:  May 26, 2017           REED SMITH LLP

13                       By  */s/ Raymond Y. Kim*

14                           Raymond Y. Kim

                        rkim@reedsmith.com

15                           Attorneys for Defendants

                        Apollo Education Group, Inc., and

16                           University of Phoenix, Inc.

17

18              DOUGLAS WHITNEY LAW OFFICES LLC

19              By:   */s/ Douglas E. Whitney*

20

21                           Douglas E. Whitney

                        Attorneys for Defendants

22                           Apollo Education Group, Inc., and

23                           University of Phoenix, Inc.

24   DATED:  April 28, 2017         LAW OFFICE OF MICHAEL T. CARR

25

26              By: _____

27                         Michael T. Carr

                      *Attorneys for Plaintiff*

28                         Lasherill Reeves

                      mike@michaelcarrlaw.com

1

2

**ATTESTATION OF SIGNATURES [L.R. 5-4.3.4]**

3

4

I, Michael T. Carr, am a registered CM/ECF user whose login ID and password

5

were used to electronically file this Joint Report re: Results of Settlement Conference. I

6

hereby attest that all other signatories listed above, and whose behalf this filing is

7

submitted, concur with the content of this filing and have authorized the filing herein.

8

9

By:  /s/ Michael T. Carr
Michael T. Carr

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28