Raymond Y. Kim (SBN 251210)
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
Attorneys for Defendants
Apollo Education Group, Inc.; and
The University of Phoenix, Inc.

Douglas E. Whitney (*pro hac vice*)
Douglas Whitney Law Offices LLC
321 N. Clark St., Suite 1301
Chicago, Illinois 60654
Telephone: 312-279-0510
Facsimile: 312-277-6620
doug.whitney@dwlollc.com

LAW OFFICE OF MICHAEL T. CARR
Michael T. Carr (SBN 183085)
mike@michaelcarrlaw.com
2670 Myrtle Avenue, Suite 106
Monrovia, CA 91016
Telephone: (626) 254-8901
Facsimile: (626) 254-8921
Attorneys for Plaintiff
Ashley Paredes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHERRILL REEVES, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF PHOENIX, INC., a business entity doing business in California; APOLLO EDUCATION GROUP, INC., a business entity doing business in California and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-08369-JFW (KSx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Plaintiff Lasherill Reeves and Defendants the University of Phoenix, Inc. (the "University") and Apollo Education Group, Inc. ("Apollo") (collectively "Defendants") hereby stipulate that this entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

DATED: August 10, 2017

REED SMITH LLP

By: /s/ Raymond Y. Kim
Raymond Y. Kim
*Attorneys for Defendants*
Apollo Education Group, Inc.; and
The University of Phoenix, Inc.
rkim@reedsmith.com


DOUGLAS WHITNEY LAW OFFICES LLC

By: /s/ Douglas E. Whitney
Douglas E. Whitney
Attorneys for Defendants
Apollo Education Group, Inc., and
University of Phoenix, Inc.

DATED: August 10, 2017

LAW OFFICE OF MICHAEL T. CARR

By: /s/ Michael T. Carr
Michael T. Carr
*Attorneys for Plaintiffs*
Praxedes Leon and Leonor Diaz
mike@michaelcarrlaw.com

## ATTESTATION OF SIGNATURE

I, Michael Carr, am the ECF User whose ID and Password were used to electronically file this Stipulation for Dismissal of Entire Action With Prejudice Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii). Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

/s/ *Michael T. Carr*
Michael T. Carr

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. RULE 41(a)