# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:16-cv-08369-JFW-KSx                    Date August 11, 2017

Title: Lasherril Reeves v. The University of Phoenix, Inc. et al

Present: The Honorable John F. Walter

|  Shannon Reilly  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                 Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Stipulation to Dismiss Case Filed. Make JS-6

☐ Entered _____.

Initials of Preparer   sr